UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONICA LYNNE COOK,

                Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CHILDREN YOUTH AND FAMILIES, et al.,

                Defendants.

CASE NO. 2:24-cv-00117-JCC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 30th day of January, 2024.

                                                    BRIAN A. TSUCHIDA
                                                    United States Magistrate Judge