Pro Se 1 2022

FILED ___ LODGED ___ ENTERED ___ RECEIVED

JAN 26 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Cook, Monica Lynne

Plaintiff(s),

v.

MVPD Mount Vernon Police Dept.
Skagit Valley Hospital
DCYF Sarah Potter
Sarah O'Connor

Defendant(s).

CASE NO. 2:24-cv-00117 JCC
[to be filled in by Clerk's Office]

**COMPLAINT FOR A CIVIL CASE**

Jury Trial: ☐ Yes  ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: MONICA LYNNE COOK
Street Address: 607 47th SE apt. 209
City and County: EVERETT  Snohomish
State and Zip Code: WA  98201
Telephone Number: (425) 407-3513 / 360 928-8608

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2022*

1  B.    Defendant(s)

2  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an
3  individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: DCYF Intake Investigator
Job or Title (if known): CPS INTAKE INVESTIGATOR
Street Address:
City and County: Everett  Snohomish
State and Zip Code: WA 98201
Telephone Number:

Defendant No. 2

Name: Sarah Potter + Sarah O Conner
Job or Title (if known): DCYF Social worker + her Supervisor
Street Address: Broadway
City and County: Everett  Snohomish
State and Zip Code: WA 98201
Telephone Number:

Defendant No. 3

Name: Skagit VALLEY Hospital ER
Job or Title (if known): Physician
Street Address:
City and County: Mt. Vernon  Skagit
State and Zip Code: WA 98273
Telephone Number: (360) 424-4111

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2022

Defendant No. 4

Name _MVPD_
Job or Title *(if known)* _Police department_
Street Address _Continental way_
City and County _Mt. Vernon   Skagit_
State and Zip Code _WA  98273_
Telephone Number _(360) 336-6271_

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(select all that apply)*

☑ Federal question:            ☐ Diversity of citizenship:
   If checked complete section A.    If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

> All listed agency here have failed to protect my child placed into state "protective custody" on many occasions. Specifically on Aug 29, 2021 while seeking medical treatment for my daughters Sexual abuse as a victim to my mother Kristen Matton her legal guardian at that time.

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2022

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (name) __Monica Lynne Cook__, is a citizen of the State of (name) __WASHINGTON__.

        b.  If the plaintiff is a corporation.

The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2.  The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

        b.  If the defendant is a corporation.

The defendant, (name) __MUPD, Skagter, DCYF__, is incorporated under the laws of the State of (name) __WASHINGTON__, and has its principal place of business in the State of (name) __WASHINGTON__.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2022*

3.  The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed*:

> PRICELESS

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

> My child was taken to Skagit Valley Hospital by me on 8-24-2021 to seek an exam for sexual abuse she informed me of that day. In the ER they didn't give my baby a proper exam & called her abuser to pick her up. No intakes made, no investigation, no proper exam. MVPD as well as DCYF supported a predator and ignored my innocent child.

## IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

> My child is not allowed ANY contact with me at this time and her voice has been ignored. I'm here today as H███'s voice.

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2022*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-19-2024

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Monica Lynne Cook

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6